```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0098--CR (JKS)
                         "USA V DIEGO A. LIGHTFOOT"
                         DEF 1.1 LIGHTFOOT, DIEGO A.

          Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed:  07/22/04
             Closed:  01/14/05
 No. of Defendants:  1
    MJ Case Number:
                AKA:  JUSIF TAWFIQ
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
 Needs interpreter:  NO
  Counsel of record: John C. Pharr
                     Law Offices of John C. Pharr
                     733 W. 4th Avenue, Suite 308
                     Anchorage, AK 99501-2103
                     907-272-2525
                     FAX 907-277-9859
                     Serve: YES
                      Type: CJA
                      Role: Appeal


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 LIGHTFOOT, DIEGO A.

 Document         Count    Citation and Description                              Disposition
 ─────────────    ─────    ───────────────────────────────────────────────       ───────────
     1 -   1 IND    1      18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF     Sentenced
                           A FIREARM AND AMMUNITION (F)                          (51-1)

     1 -   1 IND    2      21:841(a)(1) and (b)(1)(B) POSSESSION OF A            Sentenced
                           CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F)    (51-1)

     1 -   1 IND    3      18:924(c)(1)(A), (c)(1)(A)(i), (c)(1)(A)(ii) and      Sentenced
                           (c)(1)(D) USE OF A FIREARM IN FURTHERANCE OF A        (51-1)
                           DRUG TRAFFICKING CRIME (F)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0098--CR (JKS)
                                    "USA V DIEGO A. LIGHTFOOT"

                                       For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 07/22/04
            Closed: 01/14/05
No. of Defendants: 1


 Document #   Filed     Docket text
 ──────────   ─────     ───────────
 NOTE -   1   07/22/04  [Re: DEF 1] Issued WOA.

    1 -   1   07/22/04  [Re: DEF 1] PLF 1 Indictment.

    2 -   1   07/22/04  [Re: DEF 1] MDJ Grand Jury Minutes; in state custody; issue WOA; writ of
                        H/C to follow; det per 18:3142.

    3 -   1   07/28/04  [Re: DEF 1] PLF 1 motion (pet) for writ of h/c ad pros/

 NOTE -   2   07/30/04  Issued: Writ of H/C ad pros.

    4 -   1   07/30/04  [Re: DEF 1] AHB Order granting pet for writ of h/c ad pros (3-1).  cc:
                        USA, USM,

    5 -   1   07/30/04  [Re: DEF 1] AHB Minute Order that arr is set 8/3/04 at 3:30 p.m.  cc:
                        USA, USM, PO, Def (by USM)

 NOTE -   3   08/02/04  Issued: Proposed trial date setting for arraignment to JKS.

    6 -   1   08/04/04  [Re: DEF 1] Financial Affidavit.

    7 -   1   08/04/04  [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 8/17/04;
                        disc conf 8/9/04.  cc: USA, FPD

    8 -   1   08/04/04  [Re: DEF 1] AHB Order of Detention Pending Hearing; bail hrg set 8:30
                        a.m., 8/10/04.  cc: USA, FPD

    9 -   1   08/04/04  [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held
                        8/3/04); fin aff FILED; FPD appointed; def plead not guilty; def
                        detained; det hrg set 8:30 a.m., 8/10/04; order of det FILED; ptms due
                        8/17/04; order re: preparation for trial FILED.  cc: USA, FPD, USM, PO,
                        Judge Singleton

   10 -   1   08/04/04  DEF 1 Attorney Appearance of M. Dieni (FPD).

   11 -   1   08/05/04  [Re: DEF 1] PLF 1 Discovery conference certificate.

   12 -   1   08/06/04  [Re: DEF 1] JKS Minute Order setting TBJ for 09/20/04 at 9:00 a.m. and
                        FPTC set for 09/17/04 at 1:30 p.m. cc: USA, FPD, USM, USPO, MJ Branson,
                        JC

 NOTE -   4   08/09/04  [Re: DEF 1] Statistical Notice of Arrest; defendant arrested 8/3/04

   13 -   1   08/09/04  DEF 1 Unopposed motion on shortened time to vacate det hrg set for
                        8/10/04.

   14 -   1   08/09/04  [Re: DEF 1] Return of WOA executed on 8/3/04.

   15 -   1   08/11/04  [Re: DEF 1] AHB Order granting w/o prej unoppo mot on shortened time to
                        vacate det hrg set for 8/10/04 (13-1). cc: USA, FPD, USM, USPO

 ACRS: R_RDSDX                As of 12/14/05 at 4:53 PM by GARRY                        Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0098--CR (JKS)
                              "USA V DIEGO A. LIGHTFOOT"
```

|                                      |
| ------------------------------------ |
| For all filing dates                 |

| Document # | Filed    | Docket text |
| --- | --- | --- |
| 16 - 1 | 08/11/04 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 17 - 1 | 08/17/04 | DEF 1 motion to suppress statement & incorporated memo. |
| 18 - 1 | 08/17/04 | DEF 1 motion to suppress (stop of vehicle). |
| 19 - 1 | 08/17/04 | DEF 1 motion to suppress (search of car). |
| 20 - 1 | 08/17/04 | DEF 1 Memo in support re: DEF 1 mot to suppress (stop of vehicle) (18-1), DEF 1 mot to suppress (search of car) (19-1). |
| 21 - 1 | 08/18/04 | DEF 1 motion to accept late-filed motion to sever ct II or in the alternative conduct a bifurcated trial before a single jury (on shortened time). |
| 22 - 1 | 08/19/04 | [Re: DEF 1] AHB Minute Order that evid hrg re: mots to suppress (dkt 17, 18, 29 and 20) set 8/30/04 at 9:00 a.m.  cc: USA, FPD, USM, PO |
| 23 - 1 | 08/20/04 | [Re: DEF 1] AHB Order granting motion to accept late-filed motion to sever ct II or in the alternative condu (21-1). cc: USA, FPD |
| 24 - 1 | 08/20/04 | DEF 1 motion to sever Ct II (felon in possession of firearm) or in the alternative conduct a bifurcated trial before a single jury. |
| 25 - 1 | 08/23/04 | DEF 1 Unopposed motion to reschedule pretrial conference & trial w/att aff. |
| 25 - 2 | 08/23/04 | DEF 1 Unopposed motion (request) for scheduling conference w/att aff. |
| 26 - 1 | 08/24/04 | [Re: DEF 1] JKS Minute Order granting unoppo mot (req) for scheduling conf (25-2); hrg on mot to reschedule pretrial conf & trial set 8/27/04 @ 2:30 p.m.. cc: USA, FPD, USM, USPO |
| 27 - 1 | 08/24/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress statement & incorporated memo. (17-1), DEF 1 motion to suppress (stop of vehicle). (18-1), DEF 1 motion to suppress (search of car). (19-1). |
| 28 - 1 | 08/25/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to sever Ct II (felon in possession of firearm) or in the alternative conduct a bifurcated trial before a single jury. (24-1). |
| 29 - 1 | 08/27/04 | DEF 1 reply to opposition to DEF 1 motion to sever Ct II (felon in possession of firearm) or in the alternative conduct a bifurcated trial before a single jury. (24-1). |
| 30 - 1 | 08/30/04 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re: hrg held 8/27/04 on mot to reset FPTC & TBJ; granting unoppo mot to reschedule pretrial conference & trial (25-1); 9/20/04 TBJ reset to 11/8/04 @ 9:00 a.m.; 9/17/04 FPTC reset to 11/5/04 @ 1:30 p.m.. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 31 - 1 | 08/30/04 | [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] of evid hrg (held 8/30/04); holding in abeyance motion to suppress statement (17-1), motion to suppress (stop of vehicle) (18-1), motion to suppress (search of car) (19-1); cnsl to provide crt w/supp brfing by 9/3/04; crt ordered transcript of hrg on ordinary basis.  cc: USA, FPD, ECR |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A04-0098--CR (JKS)
                                  "USA V DIEGO A. LIGHTFOOT"

                                      For all filing dates


 Document #    Filed       Docket text

   32 -   1   08/31/04    [Re: DEF 1] JKS Order of excludable delay re: mot to continue trial from
                          10/13/04 to 11/8/04 (27 days; code T).

   33 -   1   09/03/04    [Re: DEF 1] PLF 1 Supplement re: DEF 1 motion to suppress statement &
                          incorporated memo. (17-1), DEF 1 motion to suppress (stop of vehicle).
                          (18-1), DEF 1 motion to suppress (search of car). (19-1).

   34 -   1   09/10/04    [Re: DEF 1] Transcript re: evidentiary hrg held 8/30/04.

   35 -   1   10/08/04    {SEALED}

   35 -   2   10/08/04    {SEALED}

   36 -   1   10/13/04    Initial R&R recommends DENYING re: DEF 1 motion to suppress statement &
                          incorporated memo. (17-1). Objections due 10/20/04. Reply due 10/25/04.
                          cc: USA, FPD, Judge Singleton

   36 -   2   10/13/04    Initial R&R recommends DENYING re: DEF 1 motion to suppress (stop of
                          vehicle). (18-1). Objections due 10/20/04. Reply due 10/25/04. cc: USA,
                          FPD, Judge Singleton

   36 -   3   10/13/04    Initial R&R recommends DENYING re: DEF 1 motion to suppress (search of
                          car). (19-1). Objections due 10/20/04. Reply due 10/25/04. cc: USA, FPD,
                          Judge Singleton

   36 -   4   10/13/04    Initial R&R recommends GRANTING re: DEF 1 motion to sever Ct II (felon
                          in possession of firearm) or in the alternative conduct a bifurcated
                          trial before a single jury. (24-1). Objections due 10/20/04. Reply due
                          10/25/04. cc: USA, FPD, Judge Singleton

   37 -   1   10/14/04    {SEALED}

   38 -   1   10/15/04    {SEALED}

   39 -   1   10/15/04    {SEALED}

   40 -   1   10/15/04    {SEALED}

   41 -   1   10/20/04    DEF 1 objection to R&R re: DEF 1 motion to suppress statement &
                          incorporated memo. (17-1), DEF 1 motion to suppress (stop of vehicle).
                          (18-1), DEF 1 motion to suppress (search of car). (19-1), DEF 1 motion
                          to sever Ct II (felon in possession of firearm) or in the alternative
                          conduct a bifurcated trial before a single jury. (24-1).

   42 -   1   10/28/04    Final R&R declines to modify Initial R&R re: DEF 1 motion to suppress
                          statement & incorporated memo. (17-1), DEF 1 motion to suppress (stop of
                          vehicle). (18-1), DEF 1 motion to suppress (search of car). (19-1), DEF
                          1 motion to sever Ct II (felon in possession of firearm) or in the
                          alternative conduct a bifurcated trial before a single jury. (24-1);
                          matter forwarded to trial judge for determination.  cc: USA, FPD, Judge
                          Singleton

   43 -   1   10/29/04    DEF 1 motion on shortened time for change of plea hearing.

   44 -   1   11/01/04    [Re: DEF 1] JKS Minute Order granting motion on shortened time for
                          change of plea hearing (43-1); PCOP hrg set for 11/2/04 at 10:00 a.m.
                          cc: USA, FPD, USM, USPO, MJ Branson

ACRS: R_RDSDX                    As of 12/14/05 at 4:53 PM by GARRY                       Page 3
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0098--CR (JKS)
                                   "USA V DIEGO A. LIGHTFOOT"
```
```
                                       For all filing dates
```

```
Document #     Filed     Docket text
----------     -----     -----------

   45 -   1   11/01/04   [Re: DEF 1] PLF 1 Plea Agreement.

   46 -   1   11/02/04   [Re: DEF 1] JKS Minute Order denying motion to suppress statement
                         (17-1), motion to suppress (stop of vehicle) (18-1), motion to suppress
                         (search of car) (19-1); granting motion to sever Ct II (felon in
                         possession of firearm) or in the alternative (24-1). cc: USA, FPD, MJ
                         Branson

   47 -   1   11/03/04   [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] re PCOP hrg hld
                         11/2/04; def pled guilty to cts 1-3; IOS set for 1/13/05 at 9:00 a.m.;
                         TBJ set for 11/8/04 & FPTC set for 11/5/04 are VACATED. cc: USA, FPD,
                         USM, USPO, JC, MJ Branson

   48 -   1   01/06/05   DEF 1 Sentencing Memorandum w/att exhs.

   49 -   1   01/06/05   [Re: DEF 1] PLF 1 Sentencing Memorandum.

   50 -   1   01/13/05   [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re IOS (held
                         1/13/05); sentence imposed as stated in the judgment, deft remanded.
                         cc: USA, FPD, USM, USPO

   51 -   1   01/14/05   [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1,2,3 of the
                         Indictment (1-1); sent 130 mos; SR 60 mos; SA $300. cc: USA, FPD, USM,
                         USPO, def w/cnsls cy, Finance, Flu, MJ Branson

   52 -   1   01/21/05   DEF 1 appeal to 9CCA of (51-1) filed 01/14/05. cc: USA, D. Lightfoot,
                         USM, PO, Judge Singleton, 9CCA

   53 -   1   01/21/05   DEF 1 motion (application) to waive filing fee.

   54 -   1   02/08/05   [Re: DEF 1] JWS Order denying motion (application) to waive filing fee
                         (53-1); def may file a mot to proceed w/o prepymt of fees in the crt of
                         appeals w/in 30 days after he is svd w/notice that his app has been
                         denied. cc: USA, D. Lightfoot, Appeals Clerk

 NOTE -   5   02/09/05   Transmittal: Forwarded notice of appeal (52-1) to 9CCA.

   55 -   1   02/09/05   [Re: DEF 1] Cy 9CCA Time Schedule Order. (52-1) cc: USA, D. Lightfoot,
                         USM, PO, Judge Singleton, 9CCA (original), ECR

   56 -   1   02/14/05   [Re: DEF 1] Partial Transcript re Imposition of Sentence (held 2/13/05).

   57 -   1   02/15/05   USM Return of svc on writ of HC Ad Prosequendum re: DEF 1 on 8/3/04.

   58 -   1   03/07/05   DEF 1 Transcript Designation/Order Form re: notice of appeal (52-1)
                         w/order form. cc:ecr

   59 -   1   04/19/05   [Re: DEF 1] Transcript IOS held 1/13/05 re: notice of appeal (52-1)

   60 -   1   04/19/05   [Re: DEF 1] cy 9CCA Certificate of Record. (52-1) cc: D. Lightfoot, USA,
                         Judge Singleton, 9CCA (original)

   61 -   1   07/15/05   [Re: DEF 1] Copy of Order from 9CCA. (52-1); counsel has not been
                         granted leave to withdraw by the district court or 9CCA, accordingly the
                         Clerk as entered AFPD M. Dieni on the docket at appointed counsel of
                         record; even tho  the def filed a pro se notice of appeal, AFPD Dieni
                         remains responsible for prosecuting this appeal; if counsel wishes to
                         withdraw, w/in 21 days substitution of cnsl showing that new cnsl has
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0098--CR (JKS)
                                "USA V DIEGO A. LIGHTFOOT"
```

|            | For all filing dates |
|---|---|

| Document # | Filed | Docket text |
|---|---|---|
| | | been retained, an aff or signed statement from the def stating that the def consents to appointed cnsl being relieved and requesting appointment of substitute counsel, a mot by the def to proceed pro se, or an aff or signed statement from the def showing that the def has been advised of the def's rights w/regard to the appeal and expressly stating that the def wishes to dismiss the appeal voluntarily; appellant may proceed on appeal in forma pauperis; clerk shall amend the dkt to relfect that appellant is proceeding on appeal in forma pauperis; in absence of mot to withdraw, briefing schedule is reset as follows: opening brief due 8/8/05; answering brief due 9/7/05; optional reply brief due within 14 days after svc of the answering brief; clerk shall serve order and briefing schedule on AFPD M. Dieni. cc: USA, M. Dieni, D. Lightfoot, Judge Singleton |
| NOTE - 6 | 07/21/05 | Notation (re: Appeal): CJA appointment of J.Pharr for DEF 2 was faxed to 9CCA by FPD CJA Clerk on 7/21/05. |
| 62 - 1 | 07/21/05 | [Re: DEF 1] CJA appointment of cnsl J. Pharr for appeal. |