UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 14 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-30060 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00098-a-JKS<br>District of Alaska,<br>Anchorage |
| v. | |
| DIEGO A. LIGHTFOOT, | ORDER |
| Defendant - Appellant. | |

RECEIVED
DEC 18 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: Peter L. Shaw, Appellate Commissioner

Appellee's motion to dismiss the appeal for failure to file the opening brief is denied.

Appellant's status report and motion for leave to file motion to dismiss is construed as a motion for relief from default and for voluntary dismissal of this appeal. So construed, the motion for relief from default is granted. The motion for voluntary dismissal is denied without prejudice to renewal within 21 days accompanied by appellant's written consent to the motion or counsel's explanation why appellant's consent was not obtained. *See* 9th Cir. R. 27-9.1.

In the absence of the filing of a renewed motion for voluntary dismissal, accompanied by the required consent, appellant shall have one final opportunity to

05-30060

prosecute this appeal and to comply with the following briefing schedule: The opening brief and excerpts of record are due January 9, 2007; the answering brief is due February 8, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

Failure timely to comply with this order may result in the imposition of sanctions on counsel.

The Clerk shall serve this order on appellant's appointed counsel, Meredith A. Ahearn, Esq., by certified mail (return receipt requested).

*Peter L. Shaw*
General Order 6.3(e)