UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUN 0 4 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DIEGO A. LIGHTFOOT,<br><br>Defendant - Appellant. | No. 05-30060<br><br>D.C. No. CR-04-00098-a-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
JUN 0 7 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: Peter L. Shaw, Appellate Commissioner

Appellant's opening brief was originally due February 27, 2006. On October 24, 2006, the court ordered appellant's appointed counsel, Meredith A. Ahearn, Esq., to file the brief within 14 days and to file a motion for relief from default. On December 14, 2006, appellant's status report and motion for leave to file motion to dismiss was construed as a motion for relief from default and for voluntary dismissal of this appeal. So construed, the motion for relief from default was granted, and the motion for voluntary dismissal was denied without prejudice to renewal within 21 days accompanied by appellant's written consent to the motion or counsel's explanation why appellant's consent was not obtained. *See* 9th Cir. R. 27-9.1.

In the absence of the filing of a renewed motion for voluntary dismissal, accompanied by the required consent, counsel Ahearn was given one final

05-30060

opportunity to prosecute this appeal and to file the opening brief and excerpts of record by January 9, 2007. The court warned that failure timely to comply with the order might result in the imposition of sanctions on counsel Ahearn.

On March 20, 2007, counsel informed the court that she has not received the written consent to dismiss the appeal and that she will attempt to contact appellant to obtain the required consent.

On April 27, 2007, the court ordered counsel Ahearn, within 21 days, to file: (1) a motion for voluntary dismissal, along with the required consent; or (2) the opening brief and excerpts of record, along with a motion for relief from default. The court warned that failure timely to comply with the order will subject counsel to the imposition of sanctions.

To date, the court has not received a motion for voluntary dismissal, with the required consent, or the opening brief and excerpts of record.

The court, on its own motion, relieves Meredith A. Ahearn, Esq., 310 "K" Street, Suite 400, Anchorage, Alaska 99501, (907) 276-5294, as appellant's counsel of record. New counsel will be appointed by separate order. No compensation shall be awarded to counsel Ahearn under the Criminal Justice Act for this representation.

The Clerk shall serve a copy of this order on Richard Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska

05-30060

99501-2221, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 355-8111) within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by July 16, 2007. The transcript is due August 15, 2007. Appellant's opening brief and excerpts of record are due September 24, 2007; appellee's answering brief is due October 24, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

Within 14 days after the date of this order, Meredith A. Ahearn, Esq., shall show cause in writing why this court should not impose on counsel Ahearn monetary sanctions not less than $1,000.00 and deem counsel Ahearn ineligible to receive appellate appointments under the Criminal Justice Act. Failure to file a timely response or to provide an adequate explanation may result in the imposition of sanctions without further notice.

The Clerk shall serve this order on former counsel Ahearn by certified mail (return receipt requested).

*Peter L. Ahearn*
General Order 6.3(e)