UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUN 27 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br>v.<br>DIEGO A. LIGHTFOOT,<br><br>    Defendant - Appellant. | No. 05-30060<br><br>D.C. No. CR-04-00098-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**
JUL 02 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: Peter L. Shaw, Appellate Commissioner.

The court has received the response of Meredith A. Ahearn, Esq., appellant's former appointed counsel, to this court's June 4, 2007 order to show cause. The order to show cause is discharged. Counsel Ahearn is warned that future failure to comply with this court's rules and orders and to prosecute timely an appeal to hearing as required by the Federal Rules of Appellate Procedure and the Ninth Circuit Rules may result in the imposition of sanctions on counsel Ahearn.

The motion for reinstatement as counsel for appellant is denied.

Counsel Ahearn is reminded that a motion filed in this court must include proof of service on all other parties. *See* Fed. R. App. P. 25(b).

The Clerk shall serve this order on former counsel Ahearn at 310 K Street, Suite 400, Anchorage, Alaska 99501.

                                                   /s/ Peter L. Shaw
                                                   General Order 6.3(e)