UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # **05 30060**    U.S. District Court # **04:cr 0098**

Short Case Title **US v Lightfoot**

Date Notice of Appeal Filed by Clerk of District Court _____

Section A - To Be completed by Party Ordering Transcript

**RECEIVED**
**JUL 2 4 2007**
**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| **Change of Plea, Sentincing 1-13-2005** | | OTHER |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered **7-27-07**    Estimated Date for Completion _____

Signature of Attorney **M Ahearn for d. a Webb**    Phone Number **907 276 5294**

Address **310 K St Ste 400 Anchorage AK**

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.    (
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____    Due Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____    Court Reporter's Signature _____

(Trscrpt.des 11/96)