**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 14 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-30060 |
| Plaintiff - Appellee, | D.C. No. CR-04-00098-a-JKS<br>District of Alaska,<br>Anchorage |
| v. | |
| DIEGO A. LIGHTFOOT, | ORDER |
| Defendant - Appellant. | |

RECEIVED
FEB 11 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: O'SCANNLAIN, SILVERMAN and GRABER, Circuit Judges.

Appellee's motion to dismiss this appeal in light of the valid appeal waiver is granted. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

**DISMISSED.**

MOATT

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

FEB 05 2008

Redacted Signature
by: Deputy Clerk