UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> DIEGO A. LIGHTFOOT, <br><br> Defendant - Appellant. | No. 05-30060 <br> D.C. No. CR-04-00098-a-JKS <br><br> **JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 01/14/08

RECEIVED
FEB 11 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

FEB 05 2008

Redacted Signature
Deputy Clerk