IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIEGO A. LIGHTFOOT,<br><br>　　　　Defendant. | Case No. 3:04-cr-00098-JKS-1<br><br>ORDER APPOINTING COUNSEL<br>and SETTING SCHEDULE |

On May 21, 2008, Diego A. Lightfoot filed a motion for appointment of counsel for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new Sentencing Guidelines with respect to "crack" cocaine.[1]

IT IS THEREFORE ORDERED that:

1. The Clerk of Court will confirm that the United States Attorney has received a copy of docket number 75, along with this Order.

---

[1] *See* Docket No. 75; *see also* Kimbrough v. United States, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidelines for United States Courts, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

2. Mr. Lightfoot's application for appointment of counsel, at docket number 75, is provisionally GRANTED, and Meredith Ahearn is appointed to represent Mr. Lightfoot in this matter.

3. The Clerk of Court will send Mr. Lightfoot a form CJA 23, Financial Affidavit, with this Order.

4. Mr. Lightfoot must file a fully completed and signed CJA financial affidavit within 30 days of the date of this Order, to ensure that he is eligible for court-appointed counsel.

5. Counsel for Mr. Lightfoot shall review the record, confer with him, and file a motion under section 3582(c), or other appropriate document, within sixty days from the date of this Order.

6. The Government is permitted to file a response within sixty days from the time counsel for Mr. Lightfoot files the motion.

7. Counsel for Mr. Lightfoot may file a reply within thirty days of the filing of the response.

8. A hearing may be set upon request made after the briefing is complete.

DATED this 5th day of June 2008.

/s/JAMES K. SINGLETON, JR.
United States District Judge