Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES,            )<br>                          )<br>     Plaintiff,          )<br>                          )<br>vs.                       )<br>                          )<br>DIEGO LIGHTFOOT,          )<br>                          )<br>     Defendant.          )<br>                          ) | Case No. 3:04-cr-98 (JKS) |

## **(PROPOSED) ORDER**

Defendant, Diego Lightfoot, having moved this Court to reduce his sentence pursuant to 18 USC § 3582(c), and the court having found that the retroactive amendment to the crack cocaine guidelines reduces the base offense level from 26 to 24;

IT IS HEREBY ORDERED the term of imprisonment originally imposed if reduced to 57 months;

IT IS FURTHER ORDERED THAT all other terms and provisions of the original judgment remain in effect.

DATED at Anchorage, Alaska this ___ day of _____ 2008.

By:_____
United States District Court Judge
James K. Singleton, Jr.

I certify that a copy of the foregoing was
served electronically on the ___ day of June, 2008:
James Goeke
Assistant United States Attorney

/s/ Meredith A. Ahearn
Meredith A. Ahearn