Meredith A. Ahearn
HAGANS, AHEARN & WEBB
745 West 4th Avenue, Suite 304
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>             Plaintiff(s), )<br>)<br>vs. )<br>)<br>DIEGO LIGHTFOOT, )<br>)<br>             Defendant(s). )<br>) | Case No. 3:04-cr-98 |

**NOTICE TO COURT RE CORRECTION OF DKT 78**

Defendant by and through counsel gives notice that a corrected signature page to Docket 78 has been attached to this pleading.

Dated at Anchorage, Alaska this 11th day of June2008.

                                  HAGANS, AHEARN & WEBB
                                  Attorneys for Defendant


                        By:   /s/  Meredith A. Ahearn
                              Meredith A. Ahearn
                              745 West 4th Ave. Ste 304
                              Anchorage, AK 99501

(907) 276-5294  
(907) 276-8732 Fax  
Alaska Bar No. 6903001  
E-mail: haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that on the 11th day of June 2008, I served a copy of the foregoing electronically on:

James Goeke  
Assistant United States Attorney

/s/ Meredith A. Ahearn