Dated at Anchorage, Alaska this 10 day of June 2008.

        HAGANS, AHEARN & WEBB
        Attorneys for Defendant


By:   /s/ Meredith A. Ahearn
       Meredith A. Ahearn
       745 West Fourth Ave. Ste 304
       Anchorage, AK 99501
       (907) 276-5294
       (907) 276-8732 Fax
       Alaska Bar No. 6903001
       E-mail: haw@alaska.net

I certify that on the 10 day of June, 2008
I electronically served a copy of the above
named pleading on:

James Goeke
Assistant United States Attorney

/s/ Meredith A. Ahearn
Meredith A. Ahearn

Attachment to Notice of Correction