NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.goeke@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No.  3:04-cr-00098-JKS |
|---|---|---|
| Plaintiff, | ) | **GOVERNMENT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)** |
| v. | ) | |
| DIEGO LIGHTFOOT, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, through its counsel of record, Assistant United States Attorney James Goeke, hereby files a motion to extend the time to file the United States' opposition to defendant Lightfoot's motion for reduction of

sentence pursuant to 18 U.S.C. § 3582(c) by 30 days.  The government's opposition is currently due on August 8, 2008.  The government's motion to extend time to file its opposition is unopposed.  The government's motion to extend time is necessary to allow the government's undersigned counsel sufficient time to respond to the defendant's motion for reduction of sentence.

The government's motion to extend time does not prejudice the defendant because regardless of the outcome of the defendant's motion for reduction of sentence, the defendant remains subject to a minimum total sentence of 10 years as a result of his convictions on Count 2 (possession with intent to distribute 5 grams or more of crack cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)) and Count 3 (use of firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A), (c)(1)(A)(i), and (c)(1)(D)).  As the Court is aware, both Count 2 and Count 3 carry minimum mandatory sentences of 5 years

//
//
//
//

imprisonment and Count 3 must run consecutive to any other sentence. See 21 U.S.C. § 841(a)(1) and (b)(1)(B); 18 U.S.C. § 924(c)(1)(A), (c)(1)(A)(i), and (c)(1)(D). The defendant was sentenced by the Court in January 2005.

RESPECTFULLY SUBMITTED this 8th day of August, 2008, at Anchorage, Alaska.

                        NELSON. P. COHEN
                        United States Attorney

                        s/James A. Goeke
                        JAMES A. GOEKE
                        Assistant U.S. Attorney
                        Federal Building & U.S. Courthouse
                        222 West Seventh Avenue, #9, Room 253
                        Anchorage, Alaska  99513-7567
                        Phone: (907) 271-5071
                        Fax: (907) 271-1500
                        Email: james.goeke@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on August 6, 2008, via:

    (X) Electronic case filing notice

Meredith A. Ahearn

s/ James A. Goeke