IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:04-cr-00098-JKS |
| | ) |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER** |
| vs. | ) **GRANTING MOTION TO** |
| | ) **EXTEND TIME TO RESPOND** |
| DIEGO LIGHTFOOT, | ) **TO DEFENDANT'S MOTION** |
| | ) **FOR REDUCTION OF** |
| Defendant. | ) **SENTENCE PURSUANT TO** |
| | ) **18 U.S.C. § 3582(c)** |
| | ) |

The government's Unopposed Motion to Extend Time to Respond to Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c) in this case is hereby GRANTED. It is ordered that the hearing will be continued to _____, 2008.

   IT IS SO ORDERED.

Dated: _____    _____
                                 United States District Court Judge