IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DIEGO A. LIGHTFOOT,<br><br>　　　　Defendant. | ) Case No. 3:04-cr-00098-JKS<br>)<br>)<br>) **ORDER GRANTING MOTION**<br>) **TO EXTEND TIME TO**<br>) **RESPOND TO DEFENDANT'S**<br>) **MOTION FOR REDUCTION OF**<br>) **SENTENCE PURSUANT TO**<br>) **18 U.S.C. § 3582(c)**<br>)<br>) |

The Government's Unopposed Motion to Extend Time to Respond to Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c) in this case is hereby GRANTED. The Government will file its Response no later than September 8, 2008. As previously ordered, Defendant will have 30 days to file a Reply from the date the Government files its Response.

　　IT IS SO ORDERED.

Dated this 7th day of August 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　／s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge