Meredith A. Ahearn
HAGANS, AHEARN & WEBB
745 West 4th Avenue, Suite 304
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | |
| DIEGO LIGHTFOOT, ) | |
| ) | |
| Defendant(s). ) | Case No. 3:04-cr-98 |
| ) | |

**NOTICE TO COURT RE CJA 23**

Counsel for Defendant, Diego Lightfoot, gives notice that she has not received a signed CJA 23 from her client.  A form was mailed to Defendant along with instructions for signing it and an explanation as why the form was necessary. Counsel has spoken with the Defendant on several occasions and knows that he is most anxious to proceed with his motion to reduce.  Counsel will send another form and letter today to Defendant once again requesting that he sign and return the form to her for filing.  Counsel

requests that the court grant Mr. Lightfoot another thirty days in which to file his form.

Dated at Anchorage, Alaska this 21st day of August 2008.

           HAGANS, AHEARN & WEBB
           Attorneys for Defendant

By: /s/ Meredith A. Ahearn
     Meredith A. Ahearn
     745 West Fourth Ave. Ste 304
     Anchorage, AK 99501
     (907) 27605294
     (907) 276-8732 Fax
     Alaska Bar No. 6903001
     E-mail: haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that on the 21st day of August 2008, I served a copy of the foregoing electronically on:

James Goeke
Assistant United States Attorney

/s/ Meredith A. Ahearn