IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIEGO A. LIGHTFOOT,<br><br>Defendant. | ) Case No. 3:04-cr-00098-JKS<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

Defendant's Notice at **Docket No. 82**, construed as a motion for extension is **GRANTED**. Defendant shall have until September 22 to file a signed CJA 23 form.

IT IS SO ORDERED.

Dated this 22nd day of August 2008.

    /s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge