Meredith A. Ahearn
HAGANS, AHEARN & WEBB
745 West 4th Avenue, Suite 304
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>DIEGO LIGHTFOOT, )<br>)<br>Defendant(s). )<br>) | Case No. 3:04-cr-98 |

**NOTICE FILING CJA 23**

Counsel for Defendant, Diego Lightfoot, gives notice that Mr. Lightfoot's signed CJA 23 Form is appended to this notice in compliance with this court's order.

Dated at Anchorage, Alaska this 5th day of September 2008.

HAGANS, AHEARN & WEBB
Attorneys for Defendant

By:   /s/  Meredith A. Ahearn
         Meredith A. Ahearn

745 West Fourth Ave. Ste 304
Anchorage, AK 99501
(907) 27605294
(907) 276-8732 Fax
Alaska Bar No. 6903001
E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that on the 5th day of September 2008, I served a copy of the foregoing electronically on:

James Goeke
Assistant United States Attorney

/s/ Meredith A. Ahearn