NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
Fax (907) 271-1500
Email:  james.goeke@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>                      Plaintiff,            )<br>                                                          )<br>          vs.                                       )<br>                                                          )<br>                                                          )<br>DIEGO LIGHTFOOT,                   )<br>                                                          )<br>                      Defendant.        )<br>_____)  | Case No.  3:04-cr-00098-JKS<br><br><br><br>MOTION TO ACCEPT LATE<br>FILING |

COMES NOW, the United States of America, by and through counsel, and submits this motion to accept late filed opposition to the motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c).  The Government acknowledges that the

U.S.v. Lightfoot
3:04–cr-00098-JKS

motion is filed seven days late. Government counsel has no excuse, counsel simply failed to properly calendar the due date of its opposition and got caught up in preparing for the government's prosecution in the case of *United States v. Stevens*, which is being tried in the District of Columbia on September 22, 2008.

RESPECTFULLY SUBMITTED this 15th day of September, 2008, at Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ James A. Goeke
>JAMES A. GOEKE
>Assistant U.S. Attorney
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: james.goeke@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on September 15, 2008,
a copy of the foregoing was served electronically on:

Meredith Ahearn

s/ James A. Goeke