IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DIEGO LIGHTFOOT,<br><br>    Defendant. | ) Case No. 3:04-cr-00098-JKS<br>)<br>)<br>)<br>) **[PROPOSED] ORDER**<br>) **GRANTING MOTION TO**<br>) **ACCEPT LATE FILING**<br>)<br>)<br>)<br>)<br>) |

The government's motion to accept late filed opposition to the motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) in this case is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____          _____
                                  United States District Court Judge