NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-00098-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ERRATA** |
| vs. | ) | |
| | ) | |
| DIEGO LIGHTFOOT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The United States of America, through counsel, filed a Motion to Accept Late Filing in this case and submitted a proposed order. The *Proposed* Response in Opposition to 18 U.S.C. § 3582(c) Motion was inadvertently not attached.

Therefore, the government submits with this Errata the attached *Proposed Response in Opposition to 18 U.S.C. § 3582(c) Motion.*

RESPECTFULLY SUBMITTED this 16th day of September, 2008, in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ James A. Goeke
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>Email: james.goeke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2008, a copy of the foregoing Errata was served electronically on Meredith Ahearn.

s/ James A. Goeke