IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-00098-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING MOTION** |
| vs. | ) | **TO ACCEPT LATE FILING** |
| | ) | |
| DIEGO LIGHTFOOT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The Government's motion to accept late filed opposition to the motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) in this case is hereby GRANTED. The Government shall file its opposition forthwith.

IT IS SO ORDERED.

Dated this 16th day of September 2008.

    /s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge