Meredith A. Ahearn
HAGANS, AHEARN & WEBB
745 West 4th Avenue, Suite 304
Anchorage, AK 99501
(907) 276-5294

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>DIEGO LIGHTFOOT, )<br>)<br>Defendant(s). ) | Case No. 3:04-cr-98 |

**DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION AND REQUEST FOR HEARING**

The government alleges that Defendant is not a suitable candidate for a sentence reduction under the retroactive application of the crack amendment even though it concedes that the amendment does apply to him and that this court has the authority to consider and grant a reduction. It bases its opposition upon its conclusory statements that Defendant may be a danger to the public and has a poor

conduct record while incarcerated, making him, in the government's opinion, unworthy of the reduction. At sentencing, the court considered defendant's criminal history record as well as the facts set out in the presentence report and sentenced Defendant accordingly which resulted in a substantial sentence of incarceration and probation. The presentence report also discussed medical evidence that Defendant's organic brain impairment and his emotional/social confusion about his identity and values. Ongoing counseling was recommended. Defendant should not be further penalized for medical conditions beyond his control by denying his motion for a reduction to which he is otherwise entitled.

The government has not provided the court with a copy of Defendant's conduct report while incarcerated, but alludes to the fact that if may be less than stellar. Defendant requests that this court review that report and hold a hearing on Defendant's motion so that he may have an opportunity to rebut the government's allegations. Counsel for Defendant is in the process of obtaining a copy of Defendant's conduct report while in prison and will notify the court when it is available.

Wherefore, Defendant respectfully requests that this court review his prison conduct report when received and hold a hearing on his motion. Defendant wishes to participate telephonically.

Dated at Anchorage, Alaska this 17th day of September 2008.

HAGANS, AHEARN & WEBB
Attorneys for Defendant

By: <u>/s/  Meredith A. Ahearn</u>
Meredith A. Ahearn
745 West Fourth Ave. Ste 304
Anchorage, AK 99501
(907) 27605294
(907) 276-8732 Fax
Alaska Bar No. 6903001
E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that on the 17th day of September 2008, I served a copy of the foregoing electronically on:

James Goeke
Assistant United States Attorney

<u>/s/ Meredith A. Ahearn</u>